IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| J.D. IRVING LTD., ) | |
| ) | No. 23-1652 |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES and ) | |
| DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendants-Appellees. ) | |

## NOTICE OF WITHDRAWL OF COUNSEL

Pursuant to Rule 47.3 of the Federal Circuit Rules, defendants-appellees, the United States and U.S. Department of Commerce, respectfully provide this notice of the withdrawal of Paul Keith as co-counsel from the above-captioned matter. Mr. Keith left the Department of Commerce. Elio Gonzalez will replace Mr. Keith as defendants-appellees' co-counsel contemporaneously with the filing of this notice. Undersigned counsel will remain principal counsel.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Assistant Director

                                            /s/ Eric E. Laufgraben
                                            ERIC E. LAUFGRABEN
                                            Senior Trial Counsel
                                            Commercial Litigation Branch
                                            Department of Justice
                                            P.O. Box 480
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            Telephone: (202) 353-7995
                                            Facsimile: (202) 353-0461
                                            Email:  Eric.E.Laufgraben@usdoj.gov

September 22, 2023                  *Attorneys for Defendants-Appellees*