NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J.D. IRVING, LIMITED,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DEPARTMENT OF COMMERCE,**
*Defendants-Appellees*

---

2023-1652

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00641-TMR, Judge Timothy M. Reif.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, WALLACH, TARANTO, CHEN, HUGHES, STOLL,

CUNNINGHAM, and STARK, *Circuit Judges*, and CECCHI[1], *District Judge*.[2]

PER CURIAM.

# O R D E R

J.D. Irving, Ltd. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

December 31, 2024
Date

Jarrett B. Perlow
Clerk of Court

---

[1]  Honorable Claire C. Cecchi, District Judge, United States District Court for the District of New Jersey, sitting by designation, participated only in the decision on the petition for panel rehearing.

[2]  Circuit Judge Newman did not participate.