# United States Court of Appeals for the Federal Circuit

---

**J.D. IRVING, LIMITED,**

*Plaintiff-Appellant*

v.

**UNITED STATES, DEPARTMENT OF COMMERCE,**

*Defendants-Appellees*

---

2023-1652

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00641-TMR, Judge Timothy M. Reif.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 10, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 7, 2025
Date

Jarrett B. Perlow
Clerk of Court